**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Timothy Fackelman, | : |
| Plaintiff, | : Civil Action No. 6:16-cv-06628-EAW-MWP |
| v. | : |
| Paypal, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Timothy Fackelman | PayPal, Inc. |
|---|---|
| */s/ Sergei Lemberg* | */s/ Adam P. Hartley* |
| Sergei Lemberg, Esq. (SL 6331) | Adam P. Hartley, Esq. |
| LEMBERG LAW, LLC | BALLARD SPAHR LLP |
| 43 Danbury Road, 3rd Floor | 919 Third Avenue, 37th Floor |
| Wilton, CT 06897 | New York, NY 10022 |
| Telephone: (203) 653-2250 | Telephone: (212) 223-0200 |
| Facsimile: (203) 653-3424 | Facsimile: (212) 223-1942 |
| Email: slemberg@lemberglaw.com | Email: hartleya@ballardspahr.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 10, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of New York Electronic Document Filing (ECF) system and that the document is available on the ECF system.

                                         */s/ Sergei Lemberg*
                                         Sergei Lemberg, Esq.